The Glidden Company, plaintiff in error, v. Harding P. Fedde, defendant in error. Gen. No. 8,520.

 Opinion filed February 23, 1933.

H. H. Whittemore, for plaintiff in error. Harry S. Streeter, for defendant in error.

Mr. Justice Baldwin delivered the opinion of the court.

Mae Rastman, appellee, v. Emma Lindstom, appellant. Gen. No. 8,529.

Opinion filed February 23, 1933.

Large & Reno, for appellant. North, Linscott, Gibboney & North, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.

Phenix Banking Company, Inc., appellee, v. W. W. Jones, appellant. Gen. No. 8,534.

 Opinion filed February 23, 1933.

John W. Fling, Jr., and Harley D. Jones, for appellant. Brian & McManus, for appellee; Robert J. Hartley, of counsel.

Mr. Justice Baldwin delivered the opinion of the court.

Alexander Lumber Company, appellant, v. John C. Coberg et al., appellees, and Hammerschmidt & Franzen Company, intervening petitioner, appellant. Gen. No. 8,554.

Opinion filed February 23, 1933.

Hadley, Weaver & Woodward, for appellant Alexander Lumber Company. Michael Kross, for appellant Hammerschmidt & Franzen Company; Charles W. Hadley, Michael Kross, Palmer Leren, Willard E. Cain and William C. Atten, of counsel. Church, Haft, Robertson, Crowe & Spence, for appellees; Charles M. Haft, of counsel.

Mr. Justice Baldwin delivered the opinion of the court.